IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR314 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, on joint oral motion of the parties, and for good cause shown, the defendant Charles Wood's self-surrender date to the Bureau of Prisons is extended until **not before October 3, 2005.**

DATED this 25th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge