IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                      )<br>             Plaintiff,                      )<br>                                                      )<br>     vs.                                          )<br>                                                      )<br> CHARLES WOOD,                     )<br>                                                      )<br>             Defendant.                  ) | 8:04CR314<br><br>ORDER |

    This matter is before the court on the motion of Carlos A. Monzón for leave to withdraw as counsel for the defendant [42]. The record shows that judgment was entered on August 1, 2005, defendant's self-surrender date is October 3, 2005, and Karen M. Shanahan has entered her appearance as substitute counsel.

    **IT THEREFORE IS ORDERED** that the Motion to Withdraw [42] is granted. The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel and the record shall reflect that Karen M. Shanahan will represent the defendant in this matter.

    **DATED September 1, 2005.**

                                                **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**